Submitted on records and briefs February 23, reversed and remanded for a new trial March 27, 1996

In the Matter of Patricia Ann Hawkins-Lawrence, Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## PATRICIA ANN HAWKINS-LAWRENCE,
*Appellant.*

(9508-68621; CA A89782)

913 P2d 1389

Laura Graser filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Stephen L. Madkour, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

The allegedly mentally ill person appeals an order of commitment under ORS 426.005. She contends, *inter alia*, that the trial court did not adequately advise her of her rights specified in ORS 426.100(1). The state agrees that the court erred; so do we. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for a new trial.